IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 10-20408 An |
| v. | ) 18 U.S.C. § 2113(a) |
| SHAUN DAVID CHEVEALLIER, | ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about December 7, 2010, in the Western District of Tennessee, the defendant,

----------------------------------SHAUN DAVID CHEVEALLIER----------------------------------

did, by force, violence and intimidation take from the person and presence of another money belonging to and in the care, custody, control, management and possession of the Trust One Bank, 7540 North Street, Germantown, TN, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

s/Grand Jury Foreperson

FOREPERSON

DATE: 12/15/10

_____
UNITED STATES ATTORNEY

1