## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | Cr. No. __10-20408__ |
| | ) | |
| v. | ) | 18 U.S.C. § 2113(a) |
| | ) | 18 U.S.C. § 1951 |
| SHAUN DAVID CHEVEALLIER, | ) | |
| | ) | |
| **Defendant.** | ) | **RECEIVED** |

**SUPERSEDING
INDICTMENT**

APR 12 2011

United States District Court
Western Tennessee

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about December 7, 2010, in the Western District of Tennessee, the defendant,

-----------------------------------**SHAUN DAVID CHEVEALLIER**-----------------------------------

did, by force, violence and intimidation take from the person and presence of another money

belonging to and in the care, custody, control, management and possession of the Trust One Bank,

7540 North Street, Germantown, TN, a bank whose deposits were then insured by the Federal

Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

On or about October 5, 2010, in the Western District of Tennessee, the defendant,

--------------------------------SHAUN DAVID CHEVEALLIER-----------------------------------

did, by force, violence and intimidation take from the person and presence of another money

belonging to and in the care, custody, control, management and possession of the Trustmark Bank,

3714 Canada Road, Lakeland, TN, a bank whose deposits were then insured by the Federal Deposit

Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3

On or about September 28, 2010, in the Western District of Tennessee, the defendant,

-----------------------------------SHAUN DAVID CHEVEALLIER-----------------------------------

did, by force, violence and intimidation, attempt to take from the person and presence of another

money belonging to and in the care, custody, control, management and possession of the Brighton

Bank, 8637 Rosemark, Millington, TN, a bank whose deposits were then insured by the Federal

Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4

On or about October 1, 2010, in the Western District of Tennessee, the defendant,

----------------------------------**SHAUN DAVID CHEVEALLIER**----------------------------------

did unlawfully obstruct, delay and affect commerce by robbery, in that **SHAUN DAVID**

**CHEVEALLIER** did rob Exxon, 3548 Canada Road, Lakeland, TN, a business then engaged in

interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 5

On or about September 28, 2010, in the Western District of Tennessee, the defendant,

----------------------------------**SHAUN DAVID CHEVEALLIER**----------------------------------

did unlawfully obstruct, delay and affect commerce by robbery, in that **SHAUN DAVID CHEVEALLIER** did rob Exxon, 3548 Canada Road, Lakeland, TN, a business then engaged in interstate commerce;  in violation of Title 18, United States Code, Section 1951.

**A TRUE BILL**

s/ Grand Jury Foreperson

**FOREPERSON**

DATE: APRIL 12 2011

**UNITED STATES ATTORNEY**